OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401603 OCT 22 2015

U.S. POSTAGE >> PITNEY BOWES
$ 000.27⁵

WR-81,150-02

Abel Acosta, Clerk

10/19/2015
McDonald, Jeffrey Tr.Ct. No. 963695-A
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

RETURNED
RELEASED FROM
HARRIS COUNTY JAIL

JEFFREY MCDONALD
TERRELL UNIT - TDC #1205219

BN3B 77583